THIRD DEPARTMENT, OCTOBER, 1970

(October 1, 1970)

In the Matter of WILLIAM R. MIDDLEBROOK et al., Appellants, v. CONSTANCE K. RILEY, Respondent.—

Herlihy, P. J., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.